**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta
FEB 2 2 2011
JAMES N. HATTEN, Clerk
By: Wade-Child
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL INDICTMENT |
| v. : | |
| : | NO. **1:11-CR-63** |
| CATHERINE GRIFFIN : | |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>

On or about July 14, 2009, in the Northern District of Georgia, the defendant, CATHERINE GRIFFIN, intentionally and knowingly did access a computer without authorization and did exceed authorized access, and did thereby obtain information from a department and agency of the United States for purposes of commercial and private financial gain, that is, the defendant, CATHERINE GRIFFIN, did access without authorization and exceed her authorized access to the Department of Treasury, Internal Revenue Service, computer network system, known as the Integrated Data Retrieval System (IDRS), by altering taxpayer information for B.M., and the defendant, CATHERINE GRIFFIN, subsequently received $2000.00 from B.M., in violation of Title 18, United States Code, Section 1030(a)(2)(B) and (c)(2)(B)(i).

## COUNT TWO

On or about November 9, 2009, in the Northern District of Georgia, the defendant, CATHERINE GRIFFIN, intentionally and knowingly did access a computer without authorization and did exceed authorized access, and did thereby obtain information from a department and agency of the United States for purposes of commercial and private financial gain, that is, the defendant, CATHERINE GRIFFIN, did access without authorization and exceed her authorized access to the Department of Treasury, Internal Revenue Service, computer network system, IDRS, by altering taxpayer information for A.M., and the defendant, CATHERINE GRIFFIN, subsequently received $2000.00 from A.M., in violation of Title 18, United States Code, Section 1030(a)(2)(B) and (c)(2)(B)(i).

## COUNT THREE

On or about November 9, 2009, in the Northern District of Georgia, the defendant, CATHERINE GRIFFIN, intentionally and knowingly did access a computer without authorization and did exceed authorized access, and did thereby obtain information from a department and agency of the United States for purposes of commercial and private financial gain, that is, the defendant, CATHERINE GRIFFIN, did access without authorization and exceed her authorized access to the Department of Treasury, Internal Revenue Service, computer network system, IDRS, by altering taxpayer information for S.M., and the defendant subsequently received

$2000.00 from S.M., in violation of Title 18, United States Code, Section 1030(a)(2)(B) and (c)(2)(B)(i).

## COUNT FOUR

On or about November 17, 2009, in the Northern District of Georgia, the defendant, CATHERINE GRIFFIN, intentionally and knowingly did access a computer without authorization and did exceed authorized access, and did thereby obtain information from a department and agency of the United States for purposes of commercial and private financial gain, that is, the defendant, CATHERINE GRIFFIN, did access without authorization and exceed her authorized access to the Department of Treasury, Internal Revenue Service, computer network system, IDRS, by altering taxpayer information for E.J., and the defendant, CATHERINE GRIFFIN, subsequently received $2000.00 from B.M., in violation of Title 18, United States Code, Section 1030(a)(2)(B) and (c)(2)(B)(i).

A ___True___ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

_____
BERNITA B. MALLOY
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6052
Georgia Bar No. 718905

3